BOARD OF TRUSTEES AND BOARD OF MANAGERS OF BLAIR ACADEMY AND BLAIR ACADEMY, APPELLANTS, v. STATE BOARD OF TAXES AND ASSESSMENT ET AL., RESPONDENTS.

Submitted October 26, 1928—Decided May 20, 1929.

For the appellants, *Jehiel G. Shipman* and *Wayne Dumont*.

For the respondents, *Edward L. Katzenbach* and *Egbert Rosecrans*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, KALISCH, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 11.

*For reversal*—WHITE, J. 1.